# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE BANK OF NEW YORK MELLON,
F/K/A THE BANK OF NEW YORK, AS
SUCCESSOR TRUSTEE TO
JPMORGAN CHASE BANK, N.A., AS
TRUSTEE ON BEHALF OF THE
CERTIFICATEHOLDERS OF THE
CWHEQ INC., CWHEQ REVOLVING
HOME EQUITY LOAN TRUST, SERIES
2006-H,

Appellant,

vs.

SFR INVESTMENTS POOL 1, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,

Respondent.

No. 80832

FILED

MAY 19 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Rob Bare, District Judge
William C. Turner, Settlement Judge
Akerman LLP/Las Vegas
Kim Gilbert Ebron
Eighth District Court Clerk

21-14354